UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X            21-CV-9907 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:      RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: George Lee (on behalf of Phillip Lee)
BANKRUPTCY DOCUMENT #: 9571

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      _X_  FRBP 8009
      ___ Federal Rules of Civil Procedure (Rule _____)
      _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
           York.

| | |
|---|---|
| Dated: **June 28, 2022** | Vito Genna, Clerk |
| New York, New York | U.S. Bankruptcy Court, SDNY |
| | |
| | By:   _s/ Anatin Rouzeau_ |
| | Deputy Clerk |

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

| | |
|---|---|
| Dated _____June 28_____ 20_22_ | _____ |
| New York, New York | Judge, United States District Court |

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| District Court Document # _____ | Ruby J. Krajick , Clerk |
| | District Court, SDNY |
| | |
| | By: _____ |
| | Deputy Clerk |